UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES THOMAS TALLEY,

Petitioner,

v.

TERRY ROYAL,

Respondents.

Case No. 3:25-cv-00382-ART-CLB

ORDER

Petitioner Charles Thomas Talley seeks an extension of time to file his second amended petition. ECF No. 23. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered Petitioner's Motion to Extend (ECF No. 23) is granted. Petitioner has until October 5, 2026, to file his second amended petition.

DATED THIS 7th day of August, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE